**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MANUEL LAGOS,

    Plaintiff,

v.                                                                                            CASE NO. 6:11-CV-119-Orl-36KRS

DEL PIZZO'S ITALIAN RESTAURANT &
PIZZERIA, INC., GIOVANNI'S
RESTAURANT & PIZZERIA, INC. and
KRIST NIKOLLAJ,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on January 10, 2012 (Doc. 20). In the Report and Recommendation, Judge Spaulding recommends that the Court grant, in part, the parties' Joint Motion for Approval of Settlement Agreement, filed on September 30, 2011 (Doc. 18), prohibit counsel for the Plaintiff from withholding any of the $3,500.00 payable to the Plaintiff under the settlement agreement, and dismiss this case with prejudice. The parties filed a Joint Notice of Non-Objection to the Report and Recommendation on January 10, 2012 (Doc. 21).

    After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 20) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion for Approval of Settlement Agreement (Doc. 18) is **GRANTED in part**. Counsel for Plaintiff is prohibited from withholding any portion of the $3,500.00 payable to Plaintiff under the settlement agreement pursuant to a contingent fee or otherwise, and must provide Plaintiff with a copy of the Court's Order. The Settlement (Doc. 18, Ex. A) is thereby **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute. However, the Court declines to reserve jurisdiction to enforce the Settlement Agreement.

3. This action is **DISMISSED**, with prejudice.

4. The clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Orlando, Florida, on January 11 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD